JOHN G. GILFILLAN III (JG0787)
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
(201) 994-1700
Attorneys for Plaintiff E. J. BROOKS COMPANY

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| E. J. BROOKS COMPANY | Civil Action No. 0600441(JAG) |
| Plaintiff, | |
| v. | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| ONESEAL, INC., | |
| Defendants. | |

This action having been commenced by the filing of a Complaint on January 30, 2006; and there having been no service by the Defendant of an answer or of a motion for summary judgment as of the date of this dismissal, Plaintiff, E. J. Brooks Company, hereby dismisses the above-captioned action pursuant to Fed.R.Civ.P.41(a)(1) without prejudice and without costs against either party.

Dated: July 17, 2006.

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
Attorneys for Plaintiff

By: _____
    John G. Gilfillan III (JG0787)

SO ORDERED:

_____
JOSEPH A. GREENAWAY, JR.    U.S.D.J.